United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

2010 JUN 23  A 11 38

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 146MISC

VRW

Brian David Wirsching - #189491

_____/

## ORDER TO SHOW CAUSE

It appearing that Brian David Wirsching has been enrolled as an inactive member of the State

Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not

practice law while so enrolled effective May 29, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why

he should not be so enrolled before this Court,  pending further notice from the State Bar of

California.

Dated:

_____

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Brian David Wirsching
Price Law Group
15760 Ventura Blvd #1100
Encino, CA 91436