**FILED**

AUG 31 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80146 MISC VRW

Brian David Wirsching,
                                     ORDER
    State Bar No 189491
_____/

On June 23, 2010, the court issued an order to show cause (OSC) why Brian David Wirsching should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective May 29, 2010.

The OSC was mailed to Mr Wirsching's address of record with the State Bar on June 24, 2010. A written response was due on or before July 30, 2010. No response to the OSC has been filed as of this date.

The court now orders Brian David Wirsching removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter ofL           Case Number: CV10-80146 VRW

Brian David Wirsching,        **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian David Wirsching
Price Law Group
15760 Ventura Blvd #1100
Encino, CA 91436

Dated: August 31, 2010

                                         Richard W. Wieking, Clerk
                                         By: Cora Klein, Deputy Clerk

                                         *Cora Klein* (signature)